UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 10-114 |
| vs. | : | Hon. Katharine S. Hayden |
| KENNETH LOWSON, a/k/a "Money," K.C. KIRSCH, a/k/a "Robert Woods," JOEL STEVENSON, and FAISAL NAHDI | | |

## ORDER

This matter having been opened to the Court on the motion of defendant Joel Stevenson (John Yauch, Assistant Federal Public Defender, appearing) for an order modifying defendant Stevenson's conditions of pre-trial to eliminate the requirement that the available equity in certain property located at 295 Mather Street, Oakland, California be pledged to the Court in order to secure his appearance at all future proceedings in this matter; the Court having reviewed defendant's written submission dated April 1, 2010 and the April 5, 2010 opposition of the United States (Seth B. Kosto and Erez Liebermann, Assistant United States Attorneys, appearing); and the Court having heard argument from counsel for both parties on April 6, 2010, defendant's motion – for the reasons set forth on the record this day – is hereby DENIED without prejudice.

HONORABLE KATHARINE S. HAYDEN
United States Magistrate Judge

Newark, New Jersey
April __, 2010