UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | ORDER FOR RELEASE |
| V. | : | OF PASSPORT |
| | : | |
| | : | D.C.No. 10-114 |
| JOEL STEVENSON | | |

This matter having come before the Court on the application of defendant, Joel Stevenson, (by John H. Yauch, Assistant Federal Public Defender) for an Order allowing Pretrial Services to release Passport back to defendant; and this case having been concluded and the defendant no longer subject to supervision by Pretrial Services;

IT IS on this 7th day of June, 2011, HEREBY ORDERED:

1. That Pretrial Services return to Mr Stevenson his passport.

_____
KATHARINE S. HAYDEN
UNITED STATES DISTRICT JUDGE